Case 2:18-mj-02264-DUTY *SEALED* Document 3 *SEALED* Filed 09/07/18 Page 1 of 8 Page ID #:184
Case 2:18-mj-02264-DUTY *SEALED* Document 1 *SEALED* Filed 08/27/18 Page 4 of 8 Page ID #:8
AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

# UNITED STATES DISTRICT COURT
for the
Central District of California

☐ ORIGINAL

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:18-MJ-02264
)
2157 Sheringham Lane )
Los Angeles, CA 90077 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Central____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before ____14 days from the date of its issuance____ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: ____August 27, 2018    1:55 p.m.____    _____[signature]_____
                                                              *Judge's signature*

City and state: ____Los Angeles, CA____    ____Hon. Alexander F. MacKinnon, U.S. Magistrate Judge____
                                                       *Printed name and title*

AUSA: DOJ Trial Attorney Rich Rolwing / AUSA M. Williams x 3359

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 8/28/18 9:30 AM | Copy of warrant and inventory left with: Mark Garegos |
| Inventory made in the presence of: S/A Patel | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Nothing Taken

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/28/18

_Executing officer's signature_

Tyler Hatcher Special Agent
_Printed name and title_